FILED
2016 Aug-08 PM 04:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
Northeastern _____ DIVISION

FILED

2016 AUG -8 P 3: 48

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| CHARLIE J. BARBER, II, | ) | |
| | ) | |
| | ) | |
| Plaintiff(s), | ) | CIVIL ACTION NO. |
| | ) | |
| | ) | JURY DEMAND (MARK ONE) |
| | ) | |
| v. | ) | ☑YES      ☐NO |
| CELLCO PARTNERSHIP D/B/A | ) | |
| VERIZON WIRELESS D/B/A VERIZON | ) | |
| | ) | |
| Defendant(s). | ) | CV-16-HGD-1295-NE |

## COMPLAINT

1.  Plaintiff(s)' address and telephone number: 3219 Bluecrest Street, Huntsville, AL 35805 and (256) 541-0403


2.  Name and address of defendant(s): CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS D/B/A VERIZON
475 Quality Circle, Huntsville, AL 35802
899 Heathrow Park LN 02-2135  Lake Mary, FL 32795
One Verizon Way  VC3 4 W 444  Basking Ridge, NJ 07920


3.  Place of alleged violation of civil rights: 475 Quality Circle, Huntsville, AL 35802


4.  Date of alleged violation of civil rights: August 8th, 2014

5.  State the facts on which you base your allegation that your constitutional rights have been violated:
Denial of Worker's Compensation from on the job injury, in which the Defendant had a duty to act and use proper judgement.
The Defendant breached that duty of care by failing to actively pursue Worker's Compensation and Medical care.
As a direct and proximate result of negligence of the Defendant, the Plaintiff suffered physical injuries requiring surgery
and mental anguish that is going to change the rest of his life. He is a 42 year-old man, among other injuries, will never
have full use of lower back again. The Plaintiff has past medical expenses, past lost wages and past pain and suffering.
The Plaintiff's injuries from the accident are permanent. All harms described are caused by the negligence of the Defednant.

1

6.    Relief requested: WHEREFORE, the Plaintiff demands judgment against the Defendant in the amount of TWO MILLION SEVEN HUNDRED FIFTY THOUSAND DOLLARS ($2,750,000.00), plus costs, pre-judgment interest and post-judgment interest and any other justice this Court may deem appropriate to compensate Mr. Barber for this tragedy.

Date: 7/28/2016

Plaintiff(s) Signature

2